FORM 8A. Entry of Appearance                                                  Form 8A (p.1)
                                                                              July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 24-1097

**Short Case Caption:** Google LLC v. Sonos, Inc.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Sonos, Inc.

| | | |
|---|---|---|
| **Principal Counsel:** E. Joshua Rosenkranz | | Admission Date: 5/12/2005 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | | |
| Address: 51 West 52nd Street, New York, NY 10019 | | |
| Phone: (202) 339-8400 | Email: jrosenkranz@orrick.com | |
| **Other Counsel:** Clement S. Roberts | | Admission Date: 11/14/2011 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | | |
| Address: 405 Howard St., San Francisco, CA 94105 | | |
| Phone: (415) 773-5700 | Email: croberts@orrick.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 11/13/23                              Signature: /s/ E. Joshua Rosenkranz

                                            Name:      E. Joshua Rosenkranz

FORM 8A. Entry of Appearance  Form 8A (p.2)
July 2020

### [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Alyssa Caridis | Admission Date: 5/7/2012 |
|---|---|
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: 355 S. Grand Avenue, Suite 2700, Los Angeles, CA 90071 | |
| Phone: (213) 629-2020 | Email: acaridis@orrick.com |
| **Other Counsel:** Elizabeth R. Moulton | Admission Date: 9/12/2013 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: 405 Howard St., San Francisco, CA 94105 | |
| Phone: (415) 773-5700 | Email: emoulton@orrick.com |
| **Other Counsel:** Joseph R. Kolker | Admission Date: 2/2/2022 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: 51 West 52nd Street, New York, NY 10019 | |
| Phone: (202) 339-8400 | Email: jkolker@orrick.com |
| **Other Counsel:** Lauren A. Weber | Admission Date: 2/25/2022 |
| Firm/Agency/Org.: Orrick, Herrington & Sutcliffe LLP | |
| Address: 401 Union Street, Suite 3300, Seattle, WA 98101 | |
| Phone: (206) 839-4300 | Email: lauren.weber@orrick.com |
| **Other Counsel:** George I. Lee | Admission Date: 8/26/1998 |
| Firm/Agency/Org.: Lee Sullivan Shea & Smith LLP | |
| Address: 656 W. Randolph St., Floor 5W, Chicago, IL 60661 | |
| Phone: (312) 754-9602 | Email: lee@ls3ip.com |

FORM 8A. Entry of Appearance — Form 8A (p.2) July 2020

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| | |
|---|---|
| **Other Counsel:** Sean M. Sullivan | Admission Date: 10/2/2002 |
| Firm/Agency/Org.: Lee Sullivan Shea & Smith LLP | |
| Address: 656 W. Randolph St., Floor 5W, Chicago, IL 60661 | |
| Phone: (312) 754-9602 | Email: sullivan@ls3ip.com |
| **Other Counsel:** Rory P. Shea | Admission Date: 12/9/2019 |
| Firm/Agency/Org.: Lee Sullivan Shea & Smith LLP | |
| Address: 656 W. Randolph St., Floor 5W, Chicago, IL 60661 | |
| Phone: (312) 754-9602 | Email: shea@ls3ip.com |
| **Other Counsel:** J. Dan Smith | Admission Date: 4/7/2014 |
| Firm/Agency/Org.: Lee Sullivan Shea & Smith LLP | |
| Address: 656 W. Randolph St., Floor 5W, Chicago, IL 60661 | |
| Phone: (312) 754-9602 | Email: smith@ls3ip.com |
| **Other Counsel:** Cole B. Richter | Admission Date: 4/9/2015 |
| Firm/Agency/Org.: 656 W. Randolph St., Floor 5W, Chicago, IL 60661 | |
| Address: 656 W. Randolph St., Floor 5W, Chicago, IL 60661 | |
| Phone: (312) 754-9602 | Email: richter@ls3ip.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |