

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
**orrick.com**

November 15, 2023

E. Joshua Rosenkranz

E  jrosenkranz@orrick.com
D  +1 212 506 5380
F  +1 212 506 5151

*Via CM/ECF*

Jarrett B. Perlow, Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439

Re:  *Google LLC v. Sonos, Inc.*, No. 24-1097

Dear Mr. Perlow:

I represent Defendant-Appellant Sonos, Inc. in the above-named appeal.  Per the Federal Circuit Practice Notes to Federal Rule of Appellate Procedure 4, I write to inform the Court that, on November 7, 2023, Plaintiff-Appellee Google LLC filed a motion to amend the judgment pursuant to Federal Rule of Civil Procedure 59.  On November 14, 2023, the district court granted Google's motion and entered an amended final judgment.  The amended final judgment, which the district court entered in both consolidated cases below, is attached to this letter as Exhibit A.  In an abundance of caution, Sonos filed an amended notice of appeal in the district court, which is attached here as Exhibit B.

                                              Respectfully submitted,

                                              E. Joshua Rosenkranz

cc: Counsel of record (via CM/ECF)

# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | Case No. 3:20-cv-06754-WHA<br>Consolidated with Case No. 3:21-cv-07559-WHA<br><br>**[PROPOSED] AMENDED FINAL JUDGMENT** |

    Consistent with Google's unopposed motion to amend the judgment, previous rulings by the court, and agreements by the parties, the Court amends and supplements its judgment in these consolidated actions as follows:

    1.     Sonos's claims of infringement of U.S. Patent No. 9,344,206 were dismissed with prejudice. *Sonos, Inc. v. Google LLC*, No. 3:21-cv-07559-WHA ("Transferred Action"), Dkt. 151; *Sonos, Inc. v. Google LLC*, No. 3:20-cv-06754-WHA ("California Action"), Dkt. 132.

    2.     Sonos's claims of infringement of U.S. Patent No. 9,219,460 were dismissed without prejudice. *See* Transferred Action, Dkts. 50, 51.

    3.     Judgment is entered for Google and against Sonos that claim 13 of U.S. Patent No. 9,967,615 is not infringed and is invalid. *See* California Action, Dkts. 316, 566.

    4.     Judgment is entered for Google and against Sonos that claims 1, 2, 4, 9, 11, 12, 13, and 16 of U.S. Patent No. 10,779,033 are invalid. *See* California Action, Dkt. 566.

    5.     Google's claims for breach of contract and conversion and requests for related relief are dismissed without prejudice. *See* California Action, Dkts. 552, 566 at 31.

    6.     Judgment is entered for Google and against Sonos that claims 1, 2, 4, 6, and 8 of U.S. Patent No. 10,469,966 are invalid and the '966 patent is unenforceable. *See* California Action, Dkt. 868.

    7.     Judgment is entered for Google and against Sonos that claim 1 of U.S. Patent No. 10,848,885 is invalid and the '885 patent is unenforceable. *See* California Action, Dkt. 868.

    Taxable costs will be addressed by separate order. Requests for attorneys' fees have been postponed by stipulation. *See* California Action, Dkt. 874. All other claims and requests for relief and any related defenses are denied as moot.

    IT IS SO ORDERED.

DATED:   November 14, 2023.

    _____
    The Honorable William Alsup
    United States District Court Judge

# Exhibit B

|   |   |   |
|---|---|---|
| 1 | CLEMENT SETH ROBERTS (SBN 209203)<br>croberts@orrick.com | |
| 2 | BAS DE BLANK (SBN 191487)<br>basdeblank@orrick.com | |
| 3 | ALYSSA CARIDIS (SBN 260103)<br>acaridis@orrick.com | |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building | |
| 5 | 405 Howard Street<br>San Francisco, CA 94105-2669 | |
| 6 | Telephone:    +1 415 773 5700<br>Facsimile:    +1 415 773 5759 | |

CLEMENT SETH ROBERTS (SBN 209203)
croberts@orrick.com
BAS DE BLANK (SBN 191487)
basdeblank@orrick.com
ALYSSA CARIDIS (SBN 260103)
acaridis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

SEAN M. SULLIVAN (*pro hac vice*)
sullivan@ls3ip.com
COLE RICHTER (*pro hac vice*)
richter@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 W Randolph St., Floor 5W
Chicago, IL 60661
Telephone:    +1 312 754 0002
Facsimile:    +1 312 754 0003

*Attorneys for Sonos, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONOS, INC.,<br><br>  Plaintiff and Counter-defendant,<br><br>  v.<br><br>GOOGLE LLC,<br><br>  Defendant and Counter-claimant. | Case No. 3:20-cv-06754-WHA<br><br>Consolidated with<br>Case No. 3:21-cv-07559-WHA<br><br>**SONOS, INC.'S AMENDED NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT** |

PLEASE TAKE NOTICE THAT Plaintiff and Counter-defendant Sonos, Inc. hereby appeals to the U.S. Court of Appeals for the Federal Circuit the Amended Final Judgment entered in this action on November 14, 2023 (Dkt. 880), and from any and all other judgments, orders, opinions, decisions, rulings, and findings, whether oral or written, that are subsidiary thereto, subsumed therein, or merged thereinto in this case, which includes Case No. C 20-06754 WHA and Case No. C 21-07559 WHA. This Amended Notice is timely under Federal Rule of Appellate Procedure 4(a)(1)(A) because it was filed within 30 days from the entry of the Amended Final Judgment.

Dated: November 15, 2023

ORRICK HERRINGTON & SUTCLIFFE LLP
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Clement S. Roberts*
    Clement S. Roberts

*Attorneys for Sonos, Inc.*