

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

February 22, 2024

2024-1097 - Google LLC v. Sonos, Inc.

# NOTICE OF NON-COMPLIANCE

The document (Motion, Amicus Brief) submitted by George Washington University Law School Intellectual Property & Technology Law Clinic is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

<u>Both Documents:</u>

- The caption provided on the documents does not follow the official caption provided by the Clerk. The official caption can be found on the docket report. Fed. Cir. R. 27(a)(1) (motions); Fed. R. App. P. 32(c)(2)(A) (other papers); Fed. Cir. R. 32(a) (documents submitted with a cover).

- All counsel whose names appear on a filing must submit an entry of appearance (except for supervisory government officials listed in an ex officio capacity). Fed. Cir. R. 47.3(b)(1).

- The individual who signed the document has not filed an entry of appearance or attached an affidavit or declaration of signature authority. Fed. Cir. R. 32(g)(1)-(2).

- A Certificate of Interest has not been filed in the case. Fed. Cir. R. 47.4(b).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: G. Kilgore, Deputy Clerk