

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

February 22, 2024

2024-1097 - Google LLC v. Sonos, Inc.

# NOTICE OF NON-COMPLIANCE

The document (Entry of Appearance, Motion, Amicus Brief) submitted by Alliance of U.S. Startups and Inventors for Jobs is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

<u>Amicus Brief:</u>

- The filing of a separate or supplemental appendix by any party is not authorized without first obtaining leave of the court. Refer to Fed. Cir. R. 30(e) for exceptions.

<u>Certificate of Interest:</u>

- The document is filed on behalf of a party that is not participating in the appeal, has no appellate designation, or is otherwise not included on the official caption. Fed. R. App. P. 12(a); Fed. Cir. R. 15(b)(4). Refer to Practice Notes to Rule 12 and 15.

- A Certificate of Interest has not been filed in the case. Fed. Cir. R. 47.4(b).

<u>Entry of Appearance:</u>

- The document is filed on behalf of a party that is not participating in the appeal, has no appellate designation, or is otherwise not included on the official caption. Fed. R. App. P. 12(a); Fed. Cir. R. 15(b)(4). Refer to Practice Notes to Rule 12 and 15.

    <u>*Clerk's Note:*</u> *Section I of the Certificate of Interest (COI) does not use the party's official name and is filed on behalf of parties who have not made an appearance in the case. Accordingly, the Entry of Appearance (EOA) lists only*

*one party as being represented in the case. All parties being represented in the EOA and COI must match, and accordingly be included on the brief's title and statement of identity. Also, an appendix is not authorized to be filed in an amicus brief without leave of court. If the submission is part of the COI, it should be included with the COI.*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: G. Kilgore, Deputy Clerk