

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000
**orrick.com**

June 19, 2025

**E. Joshua Rosenkranz**

**E** jrosenkranz@orrick.com
**D** +1 212 506 5380
**F** +1 212 506 5151

*Via CM/ECF*

Jarrett B. Perlow
Clerk of the Court
United States Court of Appeals for
  the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

      Re:    *Google LLC v. Sonos, Inc.*, No. 24-1097
            Notice of Supplemental Authority under Fed. R. App. P. 28(j)

Dear Mr. Perlow:

      Defendant-Appellant Sonos, Inc. writes to inform the Court that the panel in *Sonos, Inc. v. Google LLC*, No. 23-2040 (Fed. Cir.), issued an opinion yesterday affirming the Patent Trial and Appeal Board's decision that claims 1-2, 6-14, 18-25, and 27-29 of Sonos's U.S. Patent No. 9,967,615 are unpatentable as obvious. After the mandate issues in No. 23-2040, all of the '615 patent's claims that Sonos asserted against Google in this case will be invalid. The opinion in No. 23-2040 does not affect the Court's consideration of Sonos's U.S. Patent No. 10,779,033 in this case, as discussed at pages 71-80 of Sonos's opening brief and pages 35-39 of Sonos's reply brief.

                                        Respectfully submitted,

                                        /s/ E. Joshua Rosenkranz
                                        E. Joshua Rosenkranz
                                        *Counsel for Appellant Sonos, Inc.*

Enclosure

cc: Counsel of record (via CM/ECF)