# United States Court of Appeals
# for the Federal Circuit

---

**GOOGLE LLC,**

*Plaintiff-Appellee*

v.

**SONOS, INC.,**

*Defendant-Appellant*

---

2024-1097

---

Appeal from the United States District Court for the Northern District of California in Nos. 3:20-cv-06754-WHA, 3:21-cv-07559-WHA, Judge William H. Alsup.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED-IN-PART AND AFFIRMED-IN-PART**

FOR THE COURT



August 28, 2025
Date

Jarrett B. Perlow
Clerk of Court